**Appeal Dismissed and Memorandum Opinion filed May 24, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00342-CV

### IN THE INTEREST OF L.G., A CHILD

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2018-01787J**

## M E M O R A N D U M   O P I N I O N

Appellant attempts to appeal from an order appointing a temporary managing conservator for the minor child, L.G., signed April 19, 2018. The clerk's record in this appeal was filed May 4, 2018. According to the record, no final judgment has been rendered in this termination suit.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The Texas Family Code specifically precludes the

interlocutory appeal of temporary orders in suits affecting the parent-child relationship. *See* Tex. Fam. Code Ann. § 105.001(e); *In re N.J.G.*, 980 S.W.2d 764, 767 (Tex. App.—San Antonio 1998, no pet.). Accordingly, this court lacks jurisdiction over an appeal from such an order. *See In re R.S.*, No. 14-08-00598-CV, 2008 WL 4308767, at *1 (Tex. App.—Houston [14th Dist.] Aug. 28, 2008, pet. dism'd w.o.j.) (mem. op.).

On May 4, 2018, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless on or before May 14, 2018, appellant filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, we dismiss the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.